No. 99–1833.  BAPTIST MEMORIAL HOSPITAL v. BAKERY & CONFECTIONERY UNION & INDUSTRY INTERNATIONAL HEALTH BENEFITS FUND.  C. A. 6th Cir.  Certiorari denied.

No. 99–1835.  CANTOR v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–1854.  FRYE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–1902.  P. J. v. EAGLE-UNION COMMUNITY SCHOOL CORP.  C. A. 7th Cir.  Certiorari denied.

No. 99–7602.  BEY v. NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 99–8421.  MCINNIS v. FARMON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 99–8527.  STANLEY v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 99–8630.  HORNING v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–8703.  JENNINGS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–8708.  CHESTARO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–8913.  CHEEK v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 99–9057.  HUNT v. MASSACHUSETTS.  App. Ct. Mass.  Certiorari denied.

No. 99–9061.  PEGGS v. NASSAU COUNTY POLICE DEPARTMENT.  C. A. 2d Cir.  Certiorari denied.

No. 99–9068.  MCGEE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.